■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT DE CICCO, Appellant.— Judgment of the Supreme Court, Kings County, entered June 1, 1972, affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Hopkins, Acting P. J., Munder, Latham, Christ and Benjamin, JJ., concur.